## POOR DEBTOR.

### *No. 1.*

#### ADAMS *against* MATTOCKS. *Chittenden,* 1815.

THE citation must be served on a creditor, if within this State, though no agent is appointed, on the execution, in the county where the debtor resides, and the Jailer is liable for an escape, if the defect appears, on the face of the certificate lodged with him.